ACCEPTED
14-13-00872-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 1:00:50 PM
CHRISTOPHER PRINE
CLERK

# STATE BAR OF TEXAS



FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 1:00:50 PM
CHRISTOPHER A. PRINE
Clerk

Office of the Chief Disciplinary Counsel

April 9, 2015                                    BY ELECTRONIC FILING

Mr. Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin Street, Suite 245
Houston, Texas  77002-2066

Re:     No. 14-13-00872-CV; *Joseph R. Willie, II v. Commission for Lawyer Discipline*

Dear Mr. Prine:

At this time, the Commission will not file a response to the Motion for Rehearing that Appellant filed in the cause referenced above.  It is my understanding that, pursuant to Rule 49.2 of the Texas Rules of Appellate Procedure, the Court will not grant the motion without requesting a response.

Thank you for your assistance.  If you have questions, please feel free to call me at (713) 655-8400.

Sincerely,

/s/ David Anderson                        /s/ Cynthia Canfield Hamilton
David Anderson                             Cynthia Canfield Hamilton
Anderson & Cunningham                Senior Appellate Counsel
Email: david@andersonlawfirm.com     Email: chamilton@texasbar.com

c:     Ms. Christine Sampson Willie (via this Court's electronic service provider)
        Ms. Shalanda D. Moore (via this Court's electronic service provider)

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167